66 F.3d 313
 Trinity Holdings, Inc., Buckeye Publishing Co., Inc.
v.
Firestone Bank, Luzerne Company, Rocco A. Petrozzi, Sr.,
Michael E. Bushey DDS, Inc. Pension Profit Sharing Trust,
Michael E. Bushey, Mellon Bank, N.A., Commissioner of
Internal Revenue, U.S., Western Reserve Bank of Ohio, Steven
G. Frew, Sara J. Frew (2 cases)
 NOS. 95-3020, 95-3022
 United States Court of Appeals,
Third Circuit.
 Aug 07, 1995
 
 Appeal From: W.D.Pa., No. 92-cv-00203,
 Ziegler, J.
 
 
 1
 AFFIRMED.